IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| IN RE: | ) | BANKRUPTCY CASE |
| | ) | |
| JAMES D. JOB, | ) | NO.: 19-07124 |
| | ) | |
| Debtor, | ) | CHAPTER 13 |
| | ) | |
| | ) | JUDGE: JANET S. BAER |
| | ) | (Kane County) |

## NOTICE OF MOTION

TO:  SEE ATTACHED ADDRESSES

PLEASE TAKE NOTICE THAT ON June 28, 2019 at 9:30 am, or as soon thereafter as counsel may be heard, I shall appear before the Honorable Janet S. Baer, U.S. Bankruptcy Judge, Kane County Courthouse, 100 South Third Street, Room 240, Geneva, Illinois 60134, and shall then and there present the attached Motion and at which time you may appear if you so desire.

## CERTIFICATION

I, the undersigned Attorney, Certify that I served a copy of this Notice to the Addresses attached by electronic notice through ECF or by depositing the same at the U.S. Mail at 1 North Dearborn, Chicago, Illinois 60602 at 5:00 P.M. on June 11, 2019, with proper postage prepaid.

McCalla Raymer Leibert Pierce, LLC

*/s/Toni  Townsend*
Toni  Townsend
ARDC# 6289370

1 N. Dearborn Suite 1200
Chicago, IL 60602
(312) 346-9088

**This is an attempt to collect a debt and any information obtained will be used for that purpose.**

## NOTICE OF MOTION ADDRESSES

To Trustee:  *by Electronic Notice through ECF*
Glenn B Stearns
801 Warrenville Road Suite 650
Lisle, IL 60532

To U.S. Trustee:  *by Electronic Notice through ECF*
Patrick S Layng
Office of the U.S. Trustee, Region 11
219 S Dearborn St
Room 873
Chicago, IL 60604

To Debtor:  *Served via U.S. Mail*
James D. Job
3005 Scenicwood Lane
Woodridge, Il 60517

To Co-Debtor:  *Served via U.S. Mail*
Nancy Job
3005 Scenicwood Ln
Woodridge, IL 60517

To Attorney:  *by Electronic Notice through ECF*
John J Lynch
Lynch Law Offices, P.C.
1011 Warrenville Road, Suite 150
Lisle, IL 60532

McCalla Raymer Leibert Pierce, LLC
Attorney For: Creditor
1 N. Dearborn Suite 1200
Chicago, IL 60602
(312) 346-9088

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| IN RE: | ) | BANKRUPTCY CASE |
| | ) | |
| JAMES D. JOB, | ) | NO.: 19-07124 |
| | ) | |
| Debtor, | ) | CHAPTER 13 |
| | ) | |
| | ) | JUDGE: JANET S. BAER |
| | ) | (Kane County) |

# MOTION TO MODIFY THE AUTOMATIC STAY AND CO-DEBTOR STAY

NOW COMES U.S. Bank National Association by and through its attorneys, McCalla Raymer Leibert Pierce, LLC, and requests that the Automatic Stay and Co-Debtor Stay heretofore entered on the property located at 3005 Scenicwood Ln, Woodridge, Illinois 60517 be Modified stating as follows:

1. On March 14, 2019, the above captioned Chapter 13 was filed.

2. On May 24, 2019, the above captioned Chapter 13 was confirmed.

3. U.S. Bank National Association services the first mortgage lien on the property located at 3005 Scenicwood Ln, Woodridge, Illinois 60517.

4. The Plan calls for the Debtor to be the disbursing agent for the post-petition mortgage payments directly to U.S. Bank National Association. Post-petition payments are $1,344.62.

5. As of June 4, 2019, the post-petition mortgage payments are due and owing for April 1, 2019. The default to U.S. Bank National Association is approximately $4,033.86 through June 2019. Another payment will come due July 1, 2019 in the amount

$1,344.62 making the total default $5,378.48.

6. The plan is in material default.

7. Documentation provided is in support of right to seek a lift of stay and foreclosure if necessary.

8. U.S. Bank National Association also seeks to modify the stay as to co-debtor Nancy Job pursuant to 11 U.S.C. §1301(a).

9. U.S. Bank National Association continues to be injured each day it remains bound by the Automatic Stay.

10. U.S. Bank National Association is not adequately protected.

11. The property located at 3005 Scenicwood Ln, Woodridge, Illinois 60517 is not necessary for the Debtor's reorganization.

12. The Debtor has no equity in the property for the benefit of unsecured creditors.

13. Debtor(s) executed a promissory note secured by a mortgage or deed of trust. The promissory note is either made payable to Creditor or has been duly indorsed. Creditor, directly or through an agent, has possession of the promissory note. Creditor is the original mortgagee or beneficiary or the assignee of the mortgage or deed of trust.

14. No cause exists to delay the enforcement and implementation of relief and Bankruptcy Rule 4001(A)(3) should be waived.

WHEREFORE, U.S. Bank National Association respectfully prays that the Automatic Stay and Co-Debtor Stay on the property located at 3005 Scenicwood Ln, Woodridge, Illinois 60517, be modified and that Bankruptcy Rule 4001(a)(3) be waived as not applicable, and leave be granted to U.S. Bank National Association to proceed with nonbankruptcy remedies including foreclosure, and for such other and further relief as this Honorable Court deems just.

McCalla Raymer Leibert Pierce, LLC

By:  */s/Toni  Townsend*
Toni  Townsend
Illinois Bar No. 6289370
Attorney for Creditor
1 N. Dearborn Suite 1200
Chicago, IL  60602
Phone:  (312) 346-9088
Fax:  (312) 551-4400
Email:  ILpleadings@mrpllc.com